Edward G. Schottler et al., plaintiffs in error, v. M. G. Ferguson et al., defendants in error. Gen. No. 8,318.

Heard in this court at the February term, 1931. Opinion filed March 15, 1932.

Peden, Murphy & Ryan, for plaintiffs in error; John C. Melaniphy, Willis Overholser and J. Homer Andreas, of counsel. Jack Bairstow, for certain defendants in error. Litchfield & Snyder, for certain other defendant in error.

Mr. Presiding Justice Jett delivered the opinion of the court.

George Lauffer, plaintiff in error, v. Al Steel, defendant in error. Gen. No. 8,330.

Heard in this court at the February term, 1931. Opinion filed March 15, 1932.

Albert H. Krusemark, for plaintiff in error. Frank G. Brumund and Charles M. Robson, for defendant in error.

Mr. Presiding Justice Jett delivered the opinion of the court.

August Degner, appellant, v. Charles W. Jeanblanc, appellee. Gen. No. 8,351.

Heard in this court at the May term, 1931. Opinion filed March 15, 1932.

Willard F. Hawthorn and Elwin M. Bunnell, for appellant; James W. Watts and Martin J. Gannon, of counsel. E. E. Wingert, for appellee; A. G. Harris, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.

Esther Robson Parrish, plaintiff in error, v. Herman Parrish, defendant in error.

Herman Parrish, cross complainant, defendant in error, v. Esther Robson Parrish, cross defendant, plaintiff in error. Gen. No. 8,355.

Heard in this court at the May term, 1931. Opinion filed March 15, 1932.

Vincent J. Root and John W. Fling, Jr., for plaintiff in error. Brian & McManus, for defendant in error.

Mr. Presiding Justice Jett delivered the opinion of the court.

Lee Wadleigh, appellee, v. John Karcher, appellant. Gen. No. 8,420.

Heard in this court at the October term, 1931. Opinion filed March 15, 1932.

John P. Pallissard and Claude M. Granger, for appellant. Malo & Bell and Miller & Shapiro, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.